UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| EDDIE WAYNE SMITH, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No. 4:15CV767 SPM |
| TOM VILLMER, | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Petitioner has submitted exhibits that provide the full name of a minor child. This is prohibited under this Court's Local Rules. L.R. 5-2.17(A)(2). As a result, the Court will strike the exhibits and return them to petitioner. If petitioner chooses to resubmit them, he must delete the full name of the child and replace it with the child's initials.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to **STRIKE** petitioner's exhibits from the record and return them to petitioner.

**IT IS FURTHER ORDERED** that if petitioner chooses to resubmit the exhibits, he must delete the full name of the child and replace it with the child's initials.

**IT IS FURTHER ORDERED** that petitioner is granted in forma pauperis status.

Dated this __19th__ day of May, 2015.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE